

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF T.J.L., JR., | § | No. 08-24-00072-CV |
| A CHILD. | § | Appeal from the |
| | § | 21st Judicial District Court |
| | § | of Burleson County, Texas |
| | § | (TC#31170) |

## **J U D G M E N T**

The Court has considered this cause on Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Court costs are taxed against Appellant. *See* TEX. R. APP. P. 42.1(d). This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF APRIL 2024

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.